THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00208-BO-RN

KALEIGHIA ROGERS & )
SONDRA BRUTON, )
                                               )
                  *Plaintiffs*, )
v.                                         )                  O R D E R
                                               )
HARNETT COUNTY, et al.,          )
                                               )
                  *Defendants*. )

This matter is before the Court on the memorandum and recommendation (M&R) of United States Magistrate Judge Robert T. Numbers, II. The M&R recommends dismissal of plaintiff's federal claims for failure to state a claim upon which relief can be granted. It also recommends the Court decline to exercise supplemental jurisdiction over the remaining state claims. Plaintiff has failed to object to the M&R, and the time for doing so has expired. When a party fails to file a timely objection, the Court "must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quotations omitted). The Court is satisfied that there is no clear error on the face of the record and ADOPTS the M&R [DE 7]. The complaint [DE 1] is DISMISSED, and the motions to proceed in forma pauperis [DE 1, 2] are DISMISSED as moot. The clerk is DIRECTED to close the case.

SO ORDERED, this 17 day of February, 2023.

                                                            TERRENCE W. BOYLE
                                                           UNITED STATES DISTRICT JUDGE