UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KAHLEIGHIA N. ROGERS, and )
SONDRA N. BURTON, )
                Plaintiffs )
 )
vs. )      **JUDGMENT IN A CIVIL CASE**
 )      **CASE NO. 5:22-CV-208-BO**
HARNETT COUNTY, JEFFREY )
STALLS, STACEY WEAVER, JR., )
MARK KEY, SUZANNE MATTHEWS, )
JEFFREY C. HONEYCUTT, DEAGAN )
WILLIAMS, CHARLES W. GILCHRIST, )
DONALD E. HARROP, AND APRIL )
PHILLIPS, )
 )
               Defendants. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the complaint [DE 1] is DISMISSED, and the motions to proceed in forma pauperis [DE 1, 2] are DISMISSED as moot.

This Judgment filed and entered on February 17, 2023, and copies to:
Kahleighia N. Rogers           (via CM/ECF electronic notification)
Sondra N. Bruton             (via CM/ECF electronic notification)

February 17, 2023          Peter A. Moore, Jr.
                             Clerk of Court

                         By: Nicole Sellers
                             Deputy Clerk